THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, Appellant, v. NATHAN KALVIN, Respondent.* (Action No. 2, No. 25 W. 50th St.) — Judgment and order affirmed, with costs, on the opinion of Levy, J., at Special Term. [Reported in 132 Misc. 601.] Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

PHILIP GANZ, Appellant, v. RAYMOND S. CLARK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

GORDON B. TODD and Another, Appellants, v. PHILIP L. SMITH and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiffs to reply within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of MORRIS KAHN and Others, as Executors, etc., of HENRY KAHN, Deceased.— Decree so far as appealed from affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

CLARA PASSMAN, Respondent, v. SARAH ODENCE, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

HARRY PASSMAN, Respondent, v. SARAH ODENCE, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

FRANK JOBLONOSKY, Respondent, v. MUNSON STEAMSHIP LINE, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

CHARLES F. BAUER, Respondent, v. ROSALIND ALLEN, Also Known as ROSAMOND ALLEN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

JUNE FARREY, an Infant, etc., Respondent, v. HUDSON AND MANHATTAN RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

FRANK D. WILLIAMS and Another, Respondents, v. EAST RIVER NATIONAL BANK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES BANKS, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

GILBERT KAHN, an Infant, etc., Respondent, v. WILLIAM H. PETERS and Another, Copartners, etc., Appellants, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

AUGUSTA LANG, Respondent, v. HEYMAN & GOODMAN COMPANY, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

* Revd., 250 N. Y. 469.